# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

June 13, 2011

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:    Lisa L. Getti-Kempisty - Case No. 10-30280

Dear Clerk:

Enclosed please find a check in the amount of $3.00 for the benefit of Verizon, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of Verizon is P.O. Box 3037, Bloomington, IL 61702-3037.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

2011 JUN 14 AM 11:17
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

FILED